# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:22-cv-05039-LMM
### J. Cathell, Inc. v. Martin et al
### Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 01/18/2023.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:12 A.M.
TIME IN COURT: 1:12
OFFICE LOCATION: Atlanta

COURT REPORTER: Montrell Vann
CSO/DUSM: 1 CSO
DEPUTY CLERK: Brittany Poley

ATTORNEY(S) PRESENT: Tala Amirfazli representing J. Cathell, Inc.
Andrew Connors representing Wear To Wander Co. LLC
Andrew Connors representing Haley Elizabeth Martin
Ted Echols representing Wear To Wander Co. LLC
Ted Echols representing Haley Elizabeth Martin
Emma White representing Wear To Wander Co. LLC
Emma White representing Haley Elizabeth Martin

PROCEEDING CATEGORY: Motion Hearing (PI or TRO Hearing-Evidentiary)

MOTIONS RULED ON: [2] Motion for TRO & Preliminary Injunction DENIED

MINUTE TEXT: Oral argument was held on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [2]. The Court DENIED the motion and ordered the parties to mediation. A written mediation order will follow.

HEARING STATUS: Hearing Concluded