IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J. CATHELL, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:22-cv-05039-LMM |
| HALEY ELIZABETH MARTIN and : | |
| WEAR TO WANDER CO., LLC, : | |
| : | |
| Defendants. : | |

## ORDER

The parties are **ORDERED** to mediation. The case is **STAYED** pending the outcome of mediation. The parties are directed to confer and notify the Court within **fourteen (14) days** whether they prefer private mediation or no-cost mediation before a Magistrate Judge. Within two days of the completion of the mediation, the parties shall report the outcome of the mediation to the Court.

**IT IS SO ORDERED** this 18th day of January, 2023.

_____
**Leigh Martin May**
**United States District Judge**